THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH EHRMAN and DOMINICK NARDOLILLO, Appellants, against EUGENE J. KEARNEY, as Warden of the City Prison of the City of New York, Raymond Street Jail, Brooklyn, Respondent.

Submitted February 25, 1944; decided April 13, 1944.

*Joseph H. Goldstein* for appellants.

*Thomas Cradock Hughes, Acting District Attorney* (*Edward H. Levine* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.